3961 (Rev. 01-11)



STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

RICK SNYDER
GOVERNOR

ANDY DILLON
STATE TREASURER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Richard A Calhoun
404 Lindenwood Dr
Linden, MI 48451

Case 11-31884
Chapter 13
Hon. Daniel S. Opperman

Debtor

## WITHDRAWAL OF REQUEST FOR PAYMENT OF SECURED EXPENSE

The Michigan Department of Treasury, hereby withdraws its request for payment of Secured expense (16-1) in the amount of $4,362.99, dated herein on 8/23/11.

Sandra M. Braun
Departmental Technician
Collection Division/Bankruptcy